| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2015** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>PHILLIPS, KEITH L. | 2. Court or Organization<br><br>RICHMOND DIVISION - US BANKRUPTCY COURT - EASTERNDIVISION VA | 3. Date of Report<br><br>11/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>US BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>701 EAST BROAD STREET, 5TH FLOOR<br>RICHMOND, VA 23219 | *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | LLC MEMBER | BLVD, LLC |
| 2. | GENERAL PARTNER | EKP ASSOCIATES, L.C. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | ORAL AGREEMENT WITH FORMER LAW FIRM TO RECEIVE COMPENSATION FOR LEGAL SERVICES RENDERED PRIOR TO BECOMING A JUDGE. NO CONTROL IN FORMER LAW FIRM. |
| 2. | 2013 | ORAL AGREEMENT WITH SUCCESSOR CHAPTER 7 TRUSTEES TO RECEIVE COMMISSIONS EARNED FOR SERVICES PERFORMED PRIOR TO BECOMING A JUDGE. NO CONTROL OVER TRUSTEE CASES. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 11/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | PHILLIPS & FLECKENSTEIN, LLC (RESIDUAL SALARY) | $31,625.01 |
| 2. 2015 | TRUSTEE INCOME (GROSS) | $20,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 11/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JPMORGAN CHASE BANK | MORTGAGE - RENTAL PROPERTY #1/RICHMOND, VA (PT VII, LINE 1) | K |
| 2. | CITIMORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #1/ RICHMOND, VA (PT VII, LINE 2) | K |
| 3. | CITIMORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #2/ RICHMOND, VA (PT VII, LINE 2) | K |
| 4. | CITIMORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #3/ RICHMOND, VA (PT VII, LINE 2) | K |
| 5. | OCWEN MORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #4/ RICHMOND, VA (PT VII, LINE 2) | K |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTY #1/RICHMOND, VA 2002 - $36,750 (50%) | D | Rent | L | R | | | | | |
| 2. EKP ASSOCIATES LC - RENTAL PROPERTIES/RICHMOND, VA (50%) | E | Rent | N | U | | | | | |
| 3. BLVD, LLC (50% OWNERSHIP) | B | Distribution | M | U | | | | | |
| 4. WELLS FARGO - CHECKING ACCOUNT | A | Int./Div. | J | T | | | | | |
| 5. BB&T #1 - CHECKING ACCOUNT | | None | J | T | | | | | |
| 6. BB&T #2 - CHECKING ACCOUNT | | None | K | T | | | | | |
| 7. FIDELITY INVESTMENTS - CASH ACCOUNT | A | Interest | K | T | | | | | |
| 8. (H) FIDELITY INVESTMENTS | | | | | | | | | |
| 9. CIT BK SALT LAKE CITY UT | A | Interest | | | Redeemed | 05/18/15 | J | | |
| 10. GE CAP BK INC RETAIL CD | A | Interest | | | Redeemed | 10/07/15 | J | | |
| 11. SALLIE MAE BK SLT LAKE CITY UT | A | Interest | | | Redeemed | 11/20/15 | J | | |
| 12. STATE BK INDIA CHICAGO ILL 2.00% 08/12/16 | A | Interest | J | T | | | | | |
| 13. GOLDMAN SACHS BK USA NY 2.00% 10/12/16 | A | Interest | J | T | | | | | |
| 14. SALLIE MAE BK SLT LAKE CITY UT 1.05% 10/31/16 | | None | J | T | | | | | |
| 15. SYNCHRONY BANK RET 1.05% 11/22/16 FORMERLLY GE CAP RETAIL BK DRAPER UT | A | Interest | J | T | | | | | |
| 16. SYNCHRONY BANK RET 5.10% 12/18/18 FORMERLLY GE CAP RETAIL BK DRAPER UT | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. STATE BK INDIA NEW YORK NY 1.50% 10/17/17 | | None | J | T | | | | | |
| 18. SYNCHRONY BANK RET 2.30% 03/30/20 FORMERLLY GE CAP RETAIL BK DRAPER UT | A | Interest | J | T | | | | | |
| 19. AMERICAN EXP FED SVGS BK. INSTL 2.20% 10/23/19 | A | Interest | J | T | | | | | |
| 20. GE CAP BK RETAIL CD 2.85% 09/16/21 | | None | J | T | | | | | |
| 21. BANK INTERNET USA SAN DIEGO CA 3.550% 03/31/20 | A | Interest | J | T | | | | | |
| 22. GE CAP BK INC CD 2.90% 11/16/21 | A | Interest | J | T | | | | | |
| 23. GE CAP BK INC RETAIL CD 1.50% 10/17/17 | A | Interest | J | T | | | | | |
| 24. SYNCHRONY BANK RET 2.90% 11/23/21 FORMERLLY GE CAP RETAIL BK DRAPER UT | A | Interest | J | T | | | | | |
| 25. GE CAP BK INC RETAIL CD 3.80% 12/11/19 | A | Interest | J | T | Buy | 02/12/15 | J | | |
| 26. GOLDMAN SACHS BK USA NY 5.00% 12/12/17 | A | Interest | J | T | Buy | 02/12/15 | J | | |
| 27. CATHAY BK LOS ANGEL CALIF .20% 05/15/15 | A | Interest | | | Buy | 02/19/15 | J | | |
| 28. CATHAY BK LOS ANGEL CALIF .20% 05/15/15 | | None | | | Redeemed | 05/15/15 | J | | |
| 29. BANK INDIA NEW YORK .55% 02/17/16 | | None | J | T | Buy | 09/11/15 | J | | |
| 30. MERCHANTS BK IND LYNN .35% 12/11/15 | A | Interest | J | T | Buy | 09/11/15 | J | | |
| 31. GE CAP BK INC CD 1.35% 09/14/16 | | None | J | T | Buy | 11/23/15 | J | | |
| 32. BEAL BK USA LAS VEGAS NEV CD .45% 04/27/16 | | None | J | T | Buy | 11/25/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. MERCHANTS BK IND LYNN 035% 12/11/15 | | None | | | Redeemed | 12/11/15 | J | | |
| 34. FIRST PRIORITY BK MALVERN PA CD .40% 02/29/16 | | None | J | T | Buy | 12/30/15 | J | | |
| 35. FIDELITY INVESTMENTS CASH ACCOUNT | A | Interest | J | T | | | | | |
| 36. (H) JANNEY MONTGOMERY SCOTT LLC #1 | | | | | | | | | |
| 37. CLEARBRIDGE VALUE | | None | J | T | Sold (part) | 06/18/15 | J | B | |
| 38. COLUMBIA MARS - STOCK | | None | | | Sold | 06/18/15 | J | | |
| 39. GLOBAL X CHINA FINANCIALS ETF (Y) | | | | | | | | | |
| 40. IVY ASSET STRAT | | None | | | Sold | 06/18/15 | J | A | |
| 41. MB FINANCIAL INC NEW (X) | A | Dividend | | | Sold | 06/18/15 | J | A | |
| 42. MFS TTL RET A | A | Dividend | | | Sold | 06/18/15 | J | A | |
| 43. ROYCE PA MUTL CONSULT - STOCK | B | Dividend | J | T | Sold (part) | 06/18/15 | J | B | |
| 44. JANNEY INSURED SWP | A | Int./Div. | J | T | | | | | |
| 45. VA ST RES AUTH - TAX EXEMPT OID | B | Int./Div. | K | T | | | | | |
| 46. (H) JANNEY MONTGOMERY SCOTT LLC #2 | | | | | | | | | |
| 47. ISHS CORE S&P MDCP | A | Dividend | J | T | | | | | |
| 48. ISHARES RUSSELL 2000 ETF (X) | A | Dividend | J | T | | | | | |
| 49. MKT VECT INTRM MUN | A | Dividend | J | T | Sold (part) | 04/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50.   PWRSH VRDO TAX FR WK | A | Dividend | J | T | | | | | |
| 51.   SECTOR ENERGY SELECT | A | Dividend | | | Sold | 02/17/15 | J | | |
| 52.   SECTOR FINANCIAL SELECT | A | Dividend | J | T | | | | | |
| 53.   SECTOR TECHNOLOGY | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 54.   SPDR BARCLAYS CAPITAL (X) | A | Dividend | J | T | | | | | |
| 55.   SPDR S&P 500 | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 56.   VANGUARD HEALTH CARE | A | Dividend | J | T | | | | | |
| 57.   WSDMTR JPN HEDG EQ | A | Dividend | J | T | | | | | |
| 58.   WSDMTR TRUST EUROPE HEADGE FUND | A | Dividend | J | T | | | | | |
| 59.   VIRGINIA 529 PREPAID PLAN #1 - 8 SEMESTER TIER I | | None | K | V | | | | | |
| 60.   VIRGINIA 529 PREPAID PLAN #2 - 8 SEMESTER TIER I | | None | K | V | | | | | |
| 61.   VIRGINIA 529 PREPAID PLAN #3 - 8 SEMESTER TIER I | | None | J | V | | | | | |
| 62.   IRA #1 | C | Dividend | M | T | | | | | |
| 63.   - CASH ACCOUNT - JANNEY MONTGOMERY SCOTT LLC | | | | | | | | | |
| 64.   - INVESCO EQUALLY WEIGHTED S&P FUND | | | | | | | | | |
| 65.   - ALLIANCE BERNSTEIN GLOBAL THEMATIC GROWTH FUND | | | | | | | | | |
| 66.   - COHEN AND STEERS INTERNATIONAL REALTY FUND | | | | | Sold | 01/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. - COLUMBIA MARSICO FOCUSD EQUITY FUND LG CAP | | | | | | | | | |
| 68. - FIRST TRUST FINANCIAL ALPHADEX ETF | | | | | | | | | |
| 69. - FIRST TRUST INDUSTRIAL PRODUCER DURABLE ALPHADEX ETF | | | | | | | | | |
| 70. - GOLDMAN SACHS MLP INCOME OPPORTUNITIES FUND | | | | | Sold | 01/14/15 | J | | |
| 71. - HENDERSON EUROPEAN FOCUS FUND | | | | | Sold | 01/14/15 | J | | |
| 72. -HENDERSON EUROPEAN FOCUS FUND | | | | | Sold | 01/14/15 | J | | |
| 73. - CLEARBRIDGE VALUE FUND | | | | | | | | | |
| 74. - CLEARBRIDGE SPECIAL SM CAP INVESTMENT FUND | | | | | | | | | |
| 75. - MILLER INCOME OPPORTUNITY FUND | | | | | | | | | |
| 76. - LEGG MASON OPPORTUNITY FUND | | | | | | | | | |
| 77. - MFS GROWTH FUND | | | | | | | | | |
| 78. - MFS INVESTORS GROWTH FUND | | | | | | | | | |
| 79. - MFS TOTAL RETURN (X) | | | | | | | | | |
| 80. - PIMCO REAL RETURN FUND | | | | | | | | | |
| 81. - PIMCO INCOME FUND | | | | | | | | | |
| 82. - WESTERN ASSET CORE BOND FUND | | | | | | | | | |
| 83. IRA #2 | B | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. - CASH DEPOSIT ACCOUNTS - CHARLES SCHWAB | | | | | | | | | |
| 85. - SCHWAB VALUE ADVANTAGE | | | | | | | | | |
| 86. - SCHWAB DIVIDEND EQUITY FUND | | | | | | | | | |
| 87. - SCHWAB FUNDAMENTAL US LARGE CO INDEX | | | | | | | | | |
| 88. - SCHWAB MARKETTRACK GROWTH | | | | | | | | | |
| 89. - SCHWAB S&P 500 INDEX FUND | | | | | | | | | |
| 90. - SCHWAB TOTAL STOCK MKT INDEX | | | | | | | | | |
| 91. - SCHWAB 1000 INDEX FUND | | | | | | | | | |
| 92. - T ROWE PRICE RETIREMENT 2030 FUND | | | | | | | | | |
| 93. - VANGUARD WELLESLEY INCOME FD INVESTOR SHARE | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 11/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART II - AGREEMENTS - 2015 SUCCESSOR CHAPTER 7 TRUSTEE COMMISSIONS EARNED FOR SERVICES PERFORMED PRIOR TO BECOMING A JUDGE RELATED TO LESS THAN FIVE PENDING CASES. THE COURT DETERMINES THE AMOUNT AND PROCEDURE FOR PAYMENT OF COMMISSIONS IN CONNECTION WITH SERVING AS A FORMER TRUSTEE UPON RECOMMENDATION OF OFFICE OF UNTIED STATES TRUSTEE. COMMISSIONS RECEIVED ARE SHARED WITH FORMER LAW PARTNER ACCORDING TO PRIOR UNDERSTANDING.

PART VII, LINE 40 - VALUE IS BASED ON REFUNDABLE VALUE PROVIDED BY THE VIRGINIA529 COLLEGE SAVINGS PLAN

PART VII, LINE 41 - VALUE IS BASED ON REFUNDABLE VALUE PROVIDED BY THE VIRGINIA529 COLLEGE SAVINGS PLAN

PART VII, LINE 42 - VALUE IS BASED ON REFUNDABLE VALUE PROVIDED BY THE VIRGINIA529 COLLEGE SAVINGS PLAN

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KEITH L. PHILLIPS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544